Case 7:23-cv-00004   Document 43   Filed on 12/12/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| AUGUSTIN RENDON, <br> Plaintiff <br><br> VS. <br><br> LOWER RIO GRANDE VALLEY, <br> DEVELOPMENT COUNCIL <br> CORPORATION, INC., <br> Defendant | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | C.A. NO. 7:23-CV-00004 |

## ORDER OF DISMISSAL WITH PREJUDICE
## OF PLAINTIFF'S CLAIM AGAINST DEFENDANT

On this day came to be considered the Unopposed Motion to Dismiss with Prejudice filed by the Defendant in this case. Counsel for the parties represent to the Court that, for consideration paid and received, this matter has been settled and compromised to the mutual satisfaction of Plaintiff and Defendant.

After consideration of the Motion, and the representations of counsel, the Court finds that all issues as to these particular parties have been resolved and that this Agreed Motion to Dismiss with Prejudice should be GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that all claims and causes of action contained in this litigation brought by Plaintiff AUGUSTIN RENDON against the Defendant LOWER RIO GRANDE VALLEY DEVELOPMENT COUNCIL CORPORATION, INC. are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that each party shall bear its own attorney's fees and costs of court, except as may otherwise provide in the terms of the settlement.

Finally, it is ORDERED that any relief not expressly granted is hereby DENIED.

SIGNED THIS 12th DAY OF December, 2024.

*Ricardo H. Hinojosa*
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT:**

By: _____
Carlos E. Hernandez, Jr.
State Bar No. 00787681
Federal I.D. No. 17022
LAW OFFICES OF JOSE G. GONZALEZ
4129 N. 22nd Street, Ste. 8
McAllen, Texas 78504
Email: carlos.hernandezjr@gmail.com
956.731.4342
956.731.4327 (Fax)
**COUNSEL FOR PLAINTIFF**

By: *Kelly R. Albin*
KELLY R. ALBIN
State Bar No. 24086079
So. Dist. ID No. 3792304
kralbin@rampagelaw.com
RICARDO J. NAVARRO
State Bar No. 14829100
So. Dist. Id No. 5953
rjnavarro@rampagelaw.com
**DENTON NAVARRO RODRIGUEZ
BERNAL SANTEE & ZECH
A Professional Corporation**
701 E. Harrison, Ste. 100
Harlingen, Texas 78550
956/421-4904
956/421-3621 (fax)
**COUNSEL FOR DEFENDANT**